E-FILED
Wednesday, 25 February, 2026  01:40:00 PM
Clerk, U.S. District Court, ILCD

# Exhibit D

FILED
1/21/2026 10:14 PM
JENNIFER BONJEAN
CLERK OF THE CIRCUIT COURT
MORGAN COUNTY, ILLINOIS

## LAW DIVISION OF MORGAN COUNTY, ILLINOIS

| | |
|---|---|
| Krystal Bradley, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. **2026MR3** |
| v. | |
| RevTrak, Inc., | Jury Trial Demanded |
| Defendant. | |

## MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT

Plaintiff Krystal Bradley ("Plaintiff"), through counsel, moves this Court for an order certifying a Class as set forth in the Class Action Complaint ("Complaint") filed contemporaneously herewith pursuant to Illinois Code of Civil Procedure Section 2-801. Plaintiff requests that the Court enter and continue the motion until after discovery relating to class certification, at which time Plaintiff will submit a more detailed supporting memorandum of points and authorities.[1]

### I.    INTRODUCTION

Plaintiff brings her Class Action Complaint against Defendant RevTrak, Inc. ("Defendant") for its violations of the Minnesota Deceptive Trade Practices Act, Minn. Stat. § 325D.44 subd. 1 ("MDTPA"), the Minnesota Consumer Fraud Act, Minn. Stat. § 325F.69 ("MCFA"), and the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/2 ("ICFA").

---

[1] Plaintiff files this motion now to prevent Defendant from attempting to moot Plaintiff's claims by tendering her full individual damage amount, leaving the proposed Class without relief. *See Joiner v. SVM Mgmt.*, 2020 IL 124671, at ¶ 58 ("an effective tender made before a named plaintiff purporting to represent a class files a class-certification motion satisfies the named plaintiff's individual claim and moots her interest in the litigation.").

Specifically, this lawsuit challenges Defendant's uniform business practice of imposing a mandatory, transaction-based "Software Admin Fee" on parents who pay school-related fees or add funds to student lunch accounts through Defendant's online payment platform. Defendant's core business is providing payment technology to K–12 school districts nationwide, including throughout Illinois and in this County. School districts contract with Defendant to process online payments for required fees and lunch accounts, while separate "Online Student Information Systems" manage academic and administrative student information but do not process payments. When parents choose or are required to pay school fees online, they are automatically directed from these Online Student Information Systems to Defendant's payment portal.

At the final stage of checkout, after the parent selects the fee amount, enters Defendant's payment portal, and is effectively committed to the transaction, Defendant imposes a "Software Admin Fee" for the first time. This fee is not disclosed in Defendant's terms of use, account setup, or any pre-transaction materials, nor is it authorized by any agreement with the parent. In substance, the Software Admin Fee operates as a credit/debit card surcharge that is added at the point of payment without prior consent. Credit and debit card surcharges are heavily regulated and must be clearly disclosed upfront, and Defendant's last-minute imposition of the Software Admin Fee constitutes deceptive "drip pricing" that prevents consumers from understanding the true cost of the transaction until it is too late to meaningfully avoid it.

Defendant presents parents with a coercive choice: pay the undisclosed surcharge each time they make a school-related payment online, or refuse and risk leaving their child without lunch funds or unable to participate in required school activities. While some school districts nominally offer alternative payment methods, such as sending cash, money orders, or cashier's checks, these are not realistic or meaningful alternatives for many families due to financial

2

access barriers, transportation burdens, or other limitations. As a result, most parents must continue making online payments and incurring Defendant's improper surcharge unless Defendant's conduct is enjoined.

Defendant's conduct was devised, directed, and controlled from Minnesota, and is unlawful, unfair, and deceptive under the Minnesota Deceptive Trade Practices Act and Minnesota Consumer Fraud Act as to a nationwide class, and under the Illinois Consumer Fraud and Deceptive Business Practices Act as to an Illinois subclass. Plaintiff and the proposed Class seek refunds of all Software Admin Fees paid to Defendant and injunctive relief prohibiting Defendant's continued use of drip pricing and undisclosed, improper surcharges.

Class certification under these circumstances is appropriate because Defendant engaged in uniform misconduct that arose from standardized practices and platform architecture applicable to all Class members. The material facts, legal theories, and injuries are common across the Class: each Class member paid a school-related fee through Defendant's portal; each was automatically directed there through Online Student Information Systems; and each was charged the same Software Admin Fee that was disclosed only at final checkout without prior authorization. Common issues—including whether Defendant's practice of disclosing the Software Admin Fee only at checkout constitutes unfair and deceptive drip pricing; whether Defendant's representations regarding the Software Admin Fee would likely mislead consumers; and whether Defendant's conduct caused injury to class members—predominate over any individualized issues. A class action is also superior and necessary because the individual damages at issue are small and Defendant's conduct is ongoing, intentional, and not likely to be challenged through individual litigation.

Accordingly, Plaintiff moves for certification of a nationwide class and an Illinois subclass, appointment of Plaintiff as Class Representative, and appointment of Class Counsel, and requests that the Court permit discovery relevant to class wide issues and class notice.

## II.    FACTS

Plaintiff is the parent of two children enrolled in Jacksonville School District 117 (the "District"). (Compl., ¶ 86.) The District utilizes the Skyward Online Student Information System, through which Plaintiff maintains a parent account. (*See id.*, ¶¶ 59, 87.) At no time during Plaintiff's account registration or use of Skyward did the system disclose or authorize the imposition of any "Software Admin Fee" in connection with school-related payments. (*See id.*, ¶ 88.)

Plaintiff frequently pays school fees and funds her children's lunch accounts online. (*See id.*, 89.) To do so, she logs into Skyward, selects the amount to pay, and confirms her intent to proceed. (*See id.*, ¶¶ 90-91.) Skyward provides no disclosure, on its interface or in its confirmation prompts, of any additional fee for paying electronically. (*See id.*, ¶ 92.) After confirming payment through Skyward, Plaintiff is automatically redirected to Defendant's Web Store payment portal to complete the transaction. (*See id.*, ¶ 93.)

During her initial use of Defendant's portal, Plaintiff was required to create an account with Defendant. (*See id.*, ¶ 94.) Defendant's Terms of Use did not disclose or authorize any Software Admin Fee or similar surcharge, nor did Defendant disclose such a fee during the account creation process. (*See id.*, ¶¶ 95-96.) Defendant provides no explanation as to how the Software Admin Fee is calculated and gives no upfront notice of the fee before Plaintiff invests time in initiating an online payment. (*See id.*, ¶ 98.) The Software Admin Fee appears only at the final checkout screen. (*Id.*)

4

Plaintiff has paid the Software Admin Fee on multiple occasions using both Visa and Mastercard payment cards, making those transactions subject to Visa and Mastercard rules. (*See id.,* ¶ 99.) Due to practical constraints, sending cash or checks through her children or traveling to the school to pay in person is not a viable option for Plaintiff. (*See id.,* ¶¶ 97.) Plaintiff therefore continues to make payments online and incur the Software Admin Fee. (*See id.,* ¶ 104.)

As a result of Defendant's conduct, Plaintiff paid unlawful Software Admin Fees and suffered actual damages. (*See id.,* ¶ 103.) Defendant's conduct is ongoing, and Plaintiff will regularly need to use Defendant's payment system for future school-related transactions unless the practices challenged herein are enjoined. (*See id.,* ¶ 104.) Plaintiff and the Class seek damages, injunctive relief, and attorneys' fees and costs as permitted by the MDTPA, MCFA, and ICFA. (*See id.,* ¶ 105.)

### III.   ARGUMENT

Plaintiff brings this action on behalf of the following:

**NATIONWIDE CLASS:**   All persons in the United States who had an account with Defendant and paid a Software Admin Fee to Defendant.

**ILLINOIS SUBCLASS:**   All persons who resided in the State of Illinois who had an account with Defendant and paid a Software Admin Fee to Defendant.

(Compl., ¶ 106.)[2] The Nationwide Class and Illinois Subclass are collectively referred to as the

---

[2] Excluded from the Class are: (i) any judge or magistrate judge presiding over this action and members of their staff, as well as members of their families; (ii) Defendant, Defendant's predecessors, parents, successors, heirs, assigns, subsidiaries, and any entity in which any Defendant has a controlling interest; (iii) persons who properly execute and file a timely request for exclusion from the Class; (iv) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (v) counsel for the Parties; and (vi) the legal representatives, successors, and assigns of any such excluded persons. (Compl., ¶ 106.)

"Class."

Class certification is governed by Illinois Code of Civil Procedure Section 2-801, which sets forth four prerequisites for maintaining a class:

1.  The class is so numerous that joinder of all members is impracticable.

2.  There are questions of fact or law common to the class, which common questions predominate over any questions affecting only individual members.

3.  The representative parties will fairly and adequately protect the interest of the class.

4.  The class action is an appropriate method for the fair and efficient adjudication of the controversy.

735 ILCS 5/-801. In deciding whether to certify a class, "the trial court accepts the allegations of the complaint as true and should err in favor of maintaining class certification . . . but should avoid deciding the underlying merits of the case or resolving unsettled legal questions." *CE Design Ltd. v. C & T Pizza, Inc.*, 2015 IL App (1st) 131465, at ¶ 9 (citations omitted). As set forth herein, the proposed Class clears these hurdles.

## A.   The Class Has Sufficient Numerosity.

The numerosity requirement is met where there are so many potential plaintiffs that joining their claims into a single action would render the suit unmanageable, but proceeding separately would burden the litigants and the courts. *Gordon v. Boden*, 224 Ill. App. 3d 195, 200 (1st Dist. 1991).

Here, due to the number of school districts Defendant serves (over 1,300), the Class is believed to comprise many thousands of members. (*See* Compl., ¶ 108.) It is, therefore, impractical to join each member of the Class as a named plaintiff. Moreover, because each individual fee is relatively small, individual class members have little incentive to bring separate actions. (*Id.*) Accordingly, utilization of the class action mechanism is the most economically

6

feasible means of adjudicating the merits of this litigation. (*Id.*) This Court therefore has a sufficient basis to find that it is impracticable to join all members of the Class. *See Carrao v. Health Care Service Corp.,* 118 Ill. App. 3d 417, 427 (1st Dist. 1983).

**B.      Common Issues Predominate.**

To establish that class treatment is proper, the Court must determine that common questions "predominate over any questions affecting only individual [class] members." 735 ILCS 5/2-801(2). Common questions arise when class members are aggrieved by uniform or similar misconduct. *See Gordon,* 224 Ill. App. 3d at 201 ("A class action can properly be prosecuted where a defendant is alleged to have acted wrongfully in the same basic manner as to an entire class. In such circumstances, the common class questions still predominate the case, and the class action is not defeated.") (citation omitted). The commonality and predominance requirement are met here. Plaintiff's claim raises common questions about Defendant's conduct, including:

(a) Whether Defendant's practice of disclosing the Software Admin Fee only at checkout constitutes unfair and deceptive drip pricing;
(b) Whether Defendant's representations regarding the Software Admin Fee would likely mislead consumers to believe the fee was charged by the school districts or otherwise authorized;
(c) Whether Defendant's Software Admin Fee was actually a credit/debit card surcharge passed on to consumers;
(d) Whether Defendant's terms of use and/or account signup authorized Defendant to charge a Software Admin Fee;
(e) Whether Defendant's imposition of the Software Admin Fee violated the credit card companies' rules;
(f) Whether Defendant's conduct violated MCFA, MDTPA, and ICFA; and
Whether Defendant's actions caused injury to Plaintiff and Class members, and if so, the appropriate measure of damages.

(Compl., 110.)

Defendant's uniform conduct and practices will provide common answers to such questions. Thus, common issues predominate over individualized issues.

**C.** **Plaintiff Is An Adequate Representative.**

To ensure the class members will receive efficient and appropriate protection of their interests, a movant must show that they and their counsel "will fairly and adequately protect the interest of the class." 735 ILCS 5/2-801(3). In the instant case, Plaintiff has retained counsel with extensive class action experience; furthermore, Plaintiff and her counsel are committed to vigorously litigating this action on behalf of the Class and have the resources to do so. (*See* Compl., ¶ 111.) The interests of Plaintiff and her counsel are not adverse to the interests of the Class. (*Id.*) As such, Plaintiff and her counsel will adequately represent the Class.

**D.** **Class Proceedings Are Appropriate.**

Finally, to show that class certification is appropriate, a movant must establish that proceeding as a class "(1) can best secure the economies of time, effort and expense, and promote uniformity; or (2) accomplish the other ends of equity and justice that class actions seek to obtain." *Gordon*, 224 Ill. App.3d at 203. Generally, a "holding that the first three prerequisites of section 2-801 are established makes it evident that the fourth requirement is fulfilled." *Id.*, at 204.

Here, litigating this action as a class action promotes efficiency and uniformity by addressing claims common to a large number Defendant's customers in one action. Moreover, class litigation would serve the ends of equity and justice because many Class members likely have damages that are too small relative to the resources needed to prosecute their claims.

### IV. CONCLUSION

For the reasons set forth above, Plaintiff moves this Court to: (1) enter and reserve ruling on this motion; (2) allow for discovery on class-certification issues; (3) grant Plaintiff leave to

file an amended supporting memorandum after completing discovery; (4) certify the Class after

full briefing; (5) appoint undersigned counsel as Class counsel, and (6) provide all other legal

and equitable relief that the Court finds proper.


Dated: January 21, 2026                    Respectfully submitted,

                                           /s/ Martin W. Jaszczuk
                                           Martin W. Jaszczuk
                                           Margaret M. Schuchardt
                                           JASZCZUK P.C.
                                           311 South Wacker Drive, Suite 2150
                                           Chicago, Illinois 60606
                                           Tel: (312) 442-0509
                                           mjaszczuk@jaszczuk.com
                                           mschuchardt@jaszczuk.com

                                           /s/ Matthew T. Peterson
                                           Matthew Peterson
                                           Consumer Law Advocate, PLLC
                                           230 E. Ohio St., Suite 410
                                           Chicago, IL 60611
                                           Tel: (815) 999-9130
                                           mtp@lawsforconsumers.com
                                           ARDC No. 6321290

FILED
1/22/2026 2:31 PM
JENNIFER BONJEAN
CLERK OF THE CIRCUIT COURT
MORGAN COUNTY, ILLINOIS

# APPEARANCE (CIVIL)

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

*This is my official notice that I am participating in this case.*

**COUNTY:** Morgan

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Krystal Bradley

*Who started the case.*                *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** RevTrak, Inc.

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

2026MR3

**Case Number**

---

If you want to request a trial with a judge and a jury (jury trial), you will also need to **fill out and file a separate** *Jury Request* **form**, available at ilcourts.info/jury-request. You do not have a right to a jury trial in every case. If you want a trial with a judge only (bench trial), do **not** file the separate *Jury Request* form.

The **deadline** for filing a *Jury Request* is different depending on the type of case and your situation. If you are the Plaintiff or Petitioner, usually you must file a *Jury Request* at the same time that you file the case. If you are the Defendant or Respondent, usually you must file a *Jury Request* at the same time you file your *Appearance*.

## 1.   NAME & INFORMATION

*If you do not have a lawyer, enter your information below to tell the court how to address you.*
*If you are a lawyer entering an appearance for a client, enter your client's information below.*

**Name:** Krystal                                        Bradley

*First*                              *Middle*                          *Last Name*

**Pronouns** *(Optional)*:
☐ He/Him   ☐ She/Her   ☐ They/Them ☐ Other: _____

**Prefix** *(Optional)*:
☐ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Mx.   ☐ Other: _____

## 2.   APPEARANCE

*Check only one box.*

☐ **I do not have a lawyer** and I am entering my own appearance in this case. With this *Appearance* form, I am telling the court that I am participating in this case.

**- OR -**

☑ **I am a lawyer** entering my appearance for the client listed in section 1:

Jaszczuk P.C.

*Attorney or Firm Name*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

*Case Number* 2026MR3

## SIGN

Under Illinois Supreme Court Rule 137, my signature means that:

1) I read the document, 2) I have been informed and believe it is true and correct, and 3) I am not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature /s/ Martin W. Jaszczuk          Print Name Martin W. Jaszczuk

☐ **I am completing this form for myself**

Phone Number _____          Email (if you have one) _____

Your Address _____

      *Street, Apt. #*          *City*          *State*          *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☑ **I am a lawyer completing this form on behalf of a client** (Client name): Krystal Bradley

Lawyer Name Martin W. Jaszczuk          **Attorney Number** 6277720

Lawyer Phone Number (312) 442-0509          Law Firm Jaszczuk P.C.

Lawyer Email mjaszczuk@jaszczuk.com

Address 311 S. Wacker Drive, Suite 2150          Chicago          IL          60606

      *Street, Apt. #*          *City*          *State*          *Zip Code*

## PROOF (EXPLANATION) OF DELIVERY

*This tells the judge how and when you will send your documents **to the other people in the case** under Rule 11. If a person in the case has a lawyer, **you must send your documents to their lawyer.** File this form with the Circuit Clerk, but do not list the Clerk below as a person you are sending your documents to.*

A.  **I am sending this *Proof of Delivery* and the following court documents:**

_____

    *Name of Documents*

To:  _____

    *Full Name or Law Firm Name*

B.  **I am sending the documents:**

☐ By **email** to this email address: _____

☐ Through an approved **e-filing website (EFSP)** to this email address: _____

🛑 STOP — You **must** send documents electronically (by email or through an EFSP) if you and the person you are sending documents to have an email address. If you or the person you are sending to do not have an email address, or if you have permission from the judge, you may send documents using the options below.

☐ I am sending the documents to this address:

_____

    *Street, Apt. #*          *City*          *State*          *Zip Code*

By *(check all that apply):*

☐ Personal hand delivery.

    *You can only deliver to the person, person's family member over 13 at person's residence, person's lawyer, or the lawyer's office.*

☐ Mail or third-party carrier (FedEx, UPS, etc.) to the address listed above, with postage or delivery prepaid.

Location of mailbox or third-party carrier: _____

    *Address or Intersection*          *City*          *State*

Case Number _2026MR3_____

☐ Mail from a prison or jail: _____
*Name and Address of Prison or Jail*

**C.** **The documents will be sent on:** Date: _____ Time: _____
*Month, Day, Year*  *Include AM or PM*

☐ I am sending the document to more than 1 person and have completed an additional *Proof of Delivery* form.



---

## SIGN

Under 735 ILCS 5/1-109, my signature means that:

1) Everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature /s/_____  Print Name _____

☐ **I am completing this form for myself**

Phone Number _____  Email (if you have one) _____

Address _____
*Street, Apt. #*  *City*  *State*  *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☐ **I am a lawyer completing this form on behalf of a client** (Client name): _____

Lawyer Name _____  Attorney Number _____

Lawyer Phone Number _____  Law Firm _____

Lawyer Email _____

Address _____
*Street, Apt. #*  *City*  *State*  *Zip Code*

---

 **WHAT'S NEXT**

### NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/clerks.

> Learn more about each step in the process and how to file in our Instructions: ilcourts.info/how-to-appearance.

### NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court, including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online at** ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED
1/22/2026 2:31 PM
JENNIFER BONJEAN
CLERK OF THE CIRCUIT COURT
MORGAN COUNTY, ILLINOIS

# JURY REQUEST (CIVIL)

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Morgan

*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Krystal Bradley

*Who started the case.*                    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** RevTrak, Inc.

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**2026MR3**

**Case Number**

---

❗ In some cases you can choose between a trial with a judge and a jury (a jury trial), or a trial with a judge only (a bench trial). If you would like a jury trial, you **must file** this *Jury Request* form. If you want a trial with a judge only (bench trial), do **not** file this *Jury Request* form.

The deadline for filing a *Jury Request* is different depending on the type of case and your situation. If you are the Plaintiff or Petitioner, usually you must file a *Jury Request* at the same time you file the case. If you are the Defendant or Respondent, usually you must file a *Jury Request* at the same time you file your *Appearance*.

---

## 1. NAME & INFORMATION

*In B, check one box. The Plaintiff/Petitioner is the person who started the case. The Defendant/Respondent is the person or business who the case was filed against.*

**A. My name:** Krystal Bradley

*First, Middle, and Last Name*

**B. I am the:**

☑ Plaintiff/Petitioner    ☐ Defendant/Respondent

## 2. JURY REQUEST

*Check only one box. You do not have a right to jury trial in every case.*

**I would like a trial with:**

☐ A judge and a 6-person jury    ☑ A judge and a 12-person jury

---

*This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

ATJ 504.4                    Page 1 of 3                    (08/25)

*Case Number* 2026MR3



## SIGN

Under Illinois Supreme Court Rule 137, my signature means that:

1) I read the document, 2) I have been informed and believe it is true and correct, and 3) I am not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature /s/ Martin W. Jaszczuk                    Print Name Martin W. Jaszczuk

☐ **I am completing this form for myself**

Phone Number _____    Email (if you have one) _____

Your Address _____

        *Street, Apt. #*                        *City*                  *State*       *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☑ **I am a lawyer completing this form on behalf of a client** (Client name): Krystal Bradley

Lawyer Name Martin W. Jaszczuk                    Attorney Number 6277720

Lawyer Phone Number (312) 442-0509        Law Firm Jaszczuk P.C.

Lawyer Email mjaszczuk@jaszczuk.com

Address 311 S. Wacker Drive, Suite 2150        Chicago                IL        60606

        *Street, Apt. #*                        *City*                  *State*       *Zip Code*

## PROOF (EXPLANATION) OF DELIVERY

*This tells the judge how and when you will send your documents **to the other people in the case** under Rule 11. If a person in the case has a lawyer, **you must send your documents to their lawyer**. File this form with the Circuit Clerk, but do not list the Clerk below as a person you are sending your documents to.*

**A.** I am sending this *Proof of Delivery* and the following court documents:

_____

    *Name of Documents*

**To:** _____

    *Full Name or Law Firm Name*

**B.** I am sending the documents:

☐ By **email** to this email address: _____

☐ Through an approved **e-filing website (EFSP)** to this email address: _____

> **STOP** You **must** send documents electronically (by email or through an EFSP) if you and the person you are sending documents to have an email address. If you or the person you are sending to do not have an email address, or if you have permission from the judge, you may send documents using the options below.

☐ I am sending the documents to this address:

_____

    *Street, Apt. #*              *City*           *State*       *Zip Code*

By (check all that apply):

☐ Personal hand delivery.

    *You can only deliver to the person, person's family member over 13 at person's residence, person's lawyer, or the lawyer's office.*

☐ Mail or third-party carrier (FedEx, UPS, etc.) to the address listed above, with postage or delivery prepaid.

    Location of mailbox or third-party carrier: _____

*Case Number* <u>2026MR3</u>

|  | *Address or Intersection* | *City* | *State* |

☐ Mail **from a prison or jail:** _____

*Name and Address of Prison or Jail*

**C.  The documents will be sent on:** Date: _____    Time: _____

*Month, Day, Year*    *Include AM or PM*

☐ I am sending the document to more than 1 person and have completed an additional *Proof of Delivery* form.

---

## SIGN



Under <u>735 ILCS 5/1-109</u>, my signature means that:

1) Everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature <u>/s/</u>_____    Print Name _____

☐ **I am completing this form for myself**

Phone Number _____    Email (if you have one) _____

Address _____

*Street, Apt. #*    *City*    *State*    *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☐ **I am a lawyer completing this form on behalf of a client** (Client name): _____

Lawyer Name _____    Attorney Number _____

Lawyer Phone Number _____    Law Firm _____

Lawyer Email _____

Address _____

*Street, Apt. #*    *City*    *State*    *Zip Code*

---



# WHAT'S NEXT

## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: <u>ilcourts.info/clerks</u>.

> Learn more about each step in the process and how to file in our Instructions:
> <u>ilcourts.info/how-to-appearance</u>.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court, including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to <u>ilcourthelp.gov</u>.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at <u>ilao.info/glossary</u>. You may also find more information, resources, and the location of your local legal self-help center at: <u>ilao.info/lshc-directory</u>.

FILED
1/23/2026 3:43 PM
JENNIFER BONJEAN
CLERK OF THE CIRCUIT COURT
MORGAN COUNTY, ILLINOIS

## LAW DIVISION OF MORGAN COUNTY, ILLINOIS

| | |
|---|---|
| Krystal Bradley, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>RevTrak, Inc. )<br><br>Defendant. )<br> | No: 2026MR3<br><br>Jury Trial Demanded |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand Dollars ($50,000).

Margaret M. Schuchardt

Sworn to or affirmed before me and subscribed in my presence on the 22nd day of January 2026, in the state of Illinois and the county of Cook.



OFFICIAL SEAL
CLAUDIA CEJA
Notary Public - State Of Illinois
Commission No. 972800
My Commission Expires June 06, 2027

Dated: January 23, 2026        Respectfully Submitted,

By:    */s/ Margaret M. Schuchardt*

Martin W. Jaszczuk
Margaret M. Schuchardt
**JASZCZUK P.C.**
311 South Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com

Matthew Peterson
Consumer Law Advocate, PLLC
230 E. Ohio St., Suite 410
Chicago, IL 60611
Tel: (815) 999-9130
mtp@lawsforconsumers.com
ARDC No. 6321290

## CERTIFICATE OF SERVICE

I, Margaret Schuchardt, an attorney, hereby certify that I filed the foregoing

AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B) via the Court's electronic

filing system on January 23, 2026.

*/s/ Margaret M. Schuchardt*